# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00013 |
|  | ) Assigned to: Judge Harvey, G. Michael |
| Richard Barnett aka "Bigo" | ) Assign Date: 1/12/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752 (a)(1)&(2);(b)(1)(A) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority While Carrying a Dangerous Weapon |
| 40 U.S.C. 5104(e)(2)(C)(D) & (G) | Violent Entry and Disorderly Conduct on Capitol Grounds |
| 18 U.S.C. 641 | Theft of Public Money, Property, or Records |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

James Soltes, US Capitol Police
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/12/2020

_____
*Judge's signature*

City and state: Washington, DC

Magistrate Judge G. Michael Harvey
*Printed name and title*