UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **MAGISTRATE NO. 21-MJ-13 (GMH)** |
| | : | |
| **RICHARD BARNETT,** | : | |
| Defendant. | : | |

## MOTION FOR TRANSPORT ORDER

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully requests that this Court enter an Order directing the United States Marshals Service to transport defendant Richard Barnett from the Western District of Arkansas to the District of Columbia for further proceedings on the Complaint filed against him, charging the defendant with Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority While Carrying a Dangerous Weapon, in violation of 18 U.S.C. §§ 1752(a)(1), (a)(2), and (b)(1)(A), Violent Entry and Disorderly Conduct on Capitol Grounds, in violation of 18 U.S.C. §§ 5104(e)(2)(C), (e)(2)(D), and (e)(2)(G), and Theft of Public Money, Property, or Records, in violation of 18 U.S.C. § 641.  In support of its motion, the United States states as follows:

1. On January 8, 2021, the defendant, Richard Barnett, was arrested in his home state of Arkansas on an arrest warrant issued out of the United States District Court for the District of Columbia by Magistrate Judge G. Michael Harvey in connection with a Criminal Complaint charging the defendant with Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority While Carrying a Dangerous Weapon, in violation of 18 U.S.C. §§ 1752(a)(1), (a)(2), and

1

(b)(1)(A), Violent Entry and Disorderly Conduct on Capitol Grounds, in violation of 18 U.S.C. §§ 5104(e)(2)(C), (e)(2)(D), and (e)(2)(G), and Theft of Public Money, Property, or Records, in violation of 18 U.S.C. § 641.

2. Defendant Barnett made his initial appearance on January 15, 2021 in front of a magistrate judge in the Western District of Arkansas. At his initial appearance, the government made a motion to detain the defendant without bond pending trial pursuant to 18 U.S.C. § 3142(f)(1)(E), which provides for detention in felony cases involving a dangerous weapon.

3. The presiding Magistrate Judge denied the government's detention motion and released the Defendant pursuant to certain conditions.

4. An Assistant United States Attorney for the Western District of Arkansas orally moved to stay the defendant's release pending an appeal by the government. The magistrate judge denied that request, and absent further action, the release will be effectuated at approximately 9:00 am CST on January 16, 2021.

5. The United States filed in this Court an Emergency Motion to Review the Court's Release Order on January 15, 2021.

6. In order to have counsel appointed to represent the defendant in the District of Columbia, to resolve the pending motion to review the release determination made by the Magistrate Judge in the Western District of Arkansas, and to conduct further proceedings in this matter, the defendant, who remains temporarily detained, needs to be transported to the District of Columbia by the United States Marshals Service.

Accordingly, the United States moves this Court to issue an Order directing the United States Marshals Service to transport defendant Richard Barnett forthwith to the District of

Columbia for further proceedings.

                                        Respectfully submitted,

                                        MICHAEL R. SHERWIN
                                        ACTING UNITED STATES ATTORNEY

                                        */s/ Mary Dohrmann*
                                        MARY L. DOHRMANN
                                        Assistant United States Attorney
                                        N.Y. Bar 5443874
                                        U.S. Attorney's Office
                                        555 4th Street, N.W.
                                        Washington, D.C. 20530
                                        202-252-7035
                                        Mary.Dohrmann@usdoj.gov