**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **MAGISTRATE NO. 21-MJ-13 (GMH)** |
| | **:** | |
| **RICHARD BARNETT,** | **:** | |
| **Defendant.** | **:** | |

## ORDER

Upon consideration of the Government's Motion for Emergency Stay and for Review of

Detention Order as to defendant Richard Barnett

It is this _____15th_____ day of January, 2021,

**ORDERED**, that the Motion for an Emergency Stay is hereby **GRANTED** and the

release order entered by the Western District of Arkansas Magistrate Judge on January 15, 2021

as to defendant Richard Barnett is **STAYED** pending review of the detention decision by this

Court.

_____

BERYL A. HOWELL
CHIEF JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

1