**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **MAGISTRATE NO. 21-MJ-13 (GMH)** |
| | **:** | |
| **RICHARD BARNETT,** | **:** | |
| **Defendant.** | **:** | |

**<u>TRANSPORT ORDER</u>**

Having considered the United States' Motion to have the defendant Richard Barnett transported from the Western District of Arkansas to the District of Columbia for further proceedings on the Complaint filed against him, it is hereby **ORDERED**

That the United States Marshals Service transport the defendant forthwith from the Western District of Arkansas to the District of Columbia for further proceedings in this matter.

DATE:   January 15, 2021        _____

BERYL A. HOWELL
CHIEF JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

1