# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | Criminal. No.:  21-mj-13 (GMH) |
| **Richard Barnett** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Nicole McClain, who may be contacted by telephone at (202) 252-7848 or e-mail at nicole.mcclain@usdoj.gov. This is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

By:  /s/*Nicole McClain*

NICOLE MCCLAIN
Assistant United States Attorney
D.C. Bar No. 1029759
555 Fourth St., N.W.
Washington, D.C.  20530
(202) 252-7848
nicole.mcclain@usdoj.gov