

# Incident Report



| | | | |
|---|---|---|---|
| **Print Date/Time:** | 01/11/2021 08:23 | | Fayetteville Police Department |
| **Login ID:** | tfranklin | | **ORI Number:**   AR0720100 |

**Incident:**   2020-00071957

| | | | |
|---|---|---|---|
| **Incident Date/Time:** | 9/20/2020 3:56:40 PM | **Incident Type:** | ARMED PERSON |
| **Location:** | N COLLEGE AVE /  E  DICKSON ST  FAYETTEVILLE AR 72701 | **Venue:** | FAYETTEVILLE |
| **Phone Number:** | (479)442-4396 | **Source:** | 911 |
| **Report Required:** | No | **Priority:** | 1-High |
| **Prior Hazards:** | No | **Status:** | In Progress |
| **LE Case Number:** | | **Nature of Call:** | |

Unit/Personnel

| Unit | Personnel |
|---|---|
| 388 | 388-HAYDON |
| 440 | 440-MCRAE |
| 450 | 450-SERATT |
| | 336-HUTSELL |

Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | Caller | L    , L | | | | Female | |
| 2 | NCIC Query | BARNETT, RICHARD | <UNKNOWN> | | Unknown | Male | |

Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|

Disposition(s)

| Disposition | Count |
|---|---|
| 03NORPT | 3 |

Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

PROPERTY OF UNITED STATES ATTORNEY'S OFFICE - NOT TO BE DISTRIBUTED WITHOUT WRITTEN CONSENT - THIS COPY PROVIDED TO Mr. Anthony Siano 1/14/2021.

Barnett Discovery 1-14-21_000055

09/20/2020 : 16:31:36 hseratt Narrative: Spoke with Richard Barnett, had a rifle slung on his back, pistol on his hip. He came up to his with his hands up, polite, said he was trying to stay off the street, but was there for the protesters for "Save the Children." Barnett was just walking back and forth to get water for his motorcycle that was overheating. Barnett's number: _____ , protest should be over around 1730-1800. D3 450
09/20/2020 : 16:04:32 mkurtz Narrative: KEEPS GOING BETWEEN A TRUCK AND MC.
09/20/2020 : 16:02:54 mkurtz Narrative: SUBJ AT YELLOW MC.
09/20/2020 : 16:02:49 mkurtz Narrative: SLUNG ON BACK.
09/20/2020 : 16:02:46 mkurtz Narrative: 336 HAS EYES ON SUBJ, TOP FLOOR.
09/20/2020 : 16:01:49 kdetter Narrative: COULD ONLY ADV THAT SUBJ APPEARED TO BE CARRYING "MACHINE GUN" WHEN ASKED FOR DETAILS WAS UNABLE TO ADV FURTHER
09/20/2020 : 16:01:30 mkurtz Narrative: 388 CHECKING AREA OF PARKING DECK.
09/20/2020 : 16:01:14 kdetter Narrative: CALLER NOT ABLE TO PROVIDE ANY FURTHER DESC ON SUBJ
09/20/2020 : 16:00:40 mkurtz Narrative: NO ANSWER FROM THE COURT HOUSE.
09/20/2020 : 16:00:22 mkurtz Narrative: 450 APPROACHING FROM THE NORTH. ROUNDING THE BLOCK.
09/20/2020 : 15:59:50 kdetter Narrative: APPROX 1-2 MIN DELAY
09/20/2020 : 15:58:21 kdetter Narrative: WAS BEHIND COURTHOUSE IN THE PLOT
09/20/2020 : 15:58:10 kdetter Narrative: DID NOT APPEAR CODE2, WAS ON HIS PHONE
09/20/2020 : 15:57:36 kdetter Narrative: W/M APPROX 30 YO WEARING UNK TYPE SHIRT JEANS
09/20/2020 : 15:57:12 kdetter Narrative: MALE HIDING AROUND CORNER WITH RIFLE
09/20/2020 : 15:57:01 kdetter Narrative: PROTESTOR AT CORNER OF COLLEGE/DICKSON

PROPERTY OF UNITED STATES ATTORNEY'S OFFICE
NOT TO BE DISTRIBUTED WITHOUT WRITTEN CONSENT
THIS COPY PROVIDED TO Mr. Anthony Siano 1/14/2021.