UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 21 MJ 13 (GMH) |
| v. | : | |
| RICHARD BARNETT | : | |
| Defendant. | | |

### MOTION FOR LEAVE TO APPEAR PRO HAC VICE

The undersigned respectfully moves the court to grant Tony Siano, Esquire permission to appear *pro hac vice* in the above captioned case. Mr. Siano is a long standing member of the Bar of the State of New York and enjoys a professional reputation for honesty, forthrightness, and diligence as counsel. I recommend him for admission *pro hac vice* without reservation.

Attached to this Motion are the required supporting documents, including a Declaration from Attorney Siano, a Certificate of Good Standing, and a Proposed Order. The filing fee for this *pro hac vice* application will be paid by undersigned at the time of filing this Motion.

Respectfully submitted

*Robert Feitel*

_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W/
#190-915
Washington, D.C.  20004
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion was filed with the Court and a copy served via ECF upon Mary Dohrmann and Nicole McClain, U.S. Attorney's Office for the District of Columbia, 555 4th Street, N.W. Washington, D.C. this 28th day of January, 2021.

*Robert Feitel*

_____
Robert Feitel