AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

United States of America )
      Plaintiff )
v. )  Case No. 21 MJ-00013 (GMH)
Richard Barnett )
      Defendant )

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Richard Barnett

Date: 1/26/2021

*Attorney's signature*

Anthony J. Siano
*Printed name and bar number*

333 Westchester Avenue Suite S302
White Plains, New York 10604
*Address*

tonysiano@aol.com
*E-mail address*

914-997-0100
*Telephone number*

914-997-4179
*FAX number*